IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ESTEBAN DANIEL HERNANDEZ,<br><br>               Defendant. | **8:09CR242**<br><br>**ORDER** |

This matter is before the Court on the government's motion to dismiss the Petition for Offender Under Supervision (Filing No. 88).

IT IS ORDERED:

1. The government's motion to dismiss the Petition for Offender Under Supervision (Filing No. 88) is granted; and

2. The Petition for Offender Under Supervision (Filing No. 75) is dismissed.

Dated this 15th day of November, 2012.

                                                BY THE COURT:

                                                s/Laurie Smith Camp<br>
                                                Chief United States District Judge